**FILED**
Oct 23 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ VeronicaCota   DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN JESUS DELGADO-MENDOZA,<br><br>Defendant. | Case No.: 23CR2287-CAB<br><br>**JUDGMENT AND<br>ORDER OF DISMISSAL**<br><br>**[APS DIVERSION]** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, the Motion to Dismiss is GRANTED.

The Court HEREBY ORDERS:

That the above-entitled case be dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 23, 2024

_____
HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE